The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| RENNISON V. CASTILLO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER LINDA M. SWARSKI, et al.,<br><br>　　　　　　　　Defendants. | Case No. C08-5683 BHS<br><br>STIPULATION OF DISMISSAL<br>(ALL CLAIMS, ALL PARTIES)<br><br>**(Clerk's Action Required)** |

TO:　　CLERK OF THE COURT

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated and agreed by and between all parties to this action that all claims have been fully compromised and satisfied, and that the above-entitled action be dismissed with prejudice, each party to bear its own costs.

　　　　The clerk of the court is authorized and directed to enter in the record of the above-entitled action this dismissal with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION OF DISMISSAL - 1

K:\0903845\00001\21446_TJA\21446P25VC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   DATED this 23rd day of December, 2010.

2   K&L GATES LLP                                  JENNY A. DURKAN
                                                   United States Attorney
3

4   By  s/ Theodore J. Angelis
       Theodore J. Angelis, WSBA # 30300           By  J. Michael Diaz
5      Douglas B. Greenswag, WSBA # 37506          J. MICHAEL DIAZ, WSBA No. 38100
    925 Fourth Avenue, Suite 2900                  Phil Lynch, WSBA No. 91005
6   Seattle, WA  98104                             Assistant United States Attorneys
    Phone:  (206) 623-7580                         U.S. Attorney's Office
7   Fax:  (206) 623-7022                           Western District of Washington 700 Stewart
    E-mail:  theo.angelis@klgates.com              Street, Suite 5220
8   E-mail:  douglas.greenswag@klgates.com         Seattle, WA  98101
                                                   Telephone:  (206) 553-7970
9                                                  Fax:  (206) 553-4067
                                                   Email:  Michael.Diaz@usdoj.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL - 2

K:\0903845\00001\21446_TJA\21446P25VC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF ECF FILING AND SERVICE

I certify that on December 23, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matt Adams
Angelica Chazaro
Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
Attorney for Plaintiff

J. Michael Diaz
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Attorney for Defendants

Philip H. Lynch
Assistant United States Attorney
U.S. Attorney's Office
Western District of Washington
1201 Pacific Avenue, Ste. 700
Tacoma, WA 98402
Attorney for Defendants

       s/ Theodore J. Angelis
Theodore J. Angelis
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: theo.angelis@klgates.com

STIPULATION OF DISMISSAL - 3

K:\0903845\00001\21446_TJA\21446P25VC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022