The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

RENNISON V. CASTILLO,

                Plaintiff,

   v.

OFFICER LINDA M. SWARSKI, et al.,

                Defendants.

Case No. C08-5683 BHS

STIPULATION OF DISMISSAL
(ALL CLAIMS, ALL PARTIES)

**(Clerk's Action Required)**

TO:    CLERK OF THE COURT

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated and agreed by and between all parties to this action that all claims have been fully compromised and satisfied, and that the above-entitled action be dismissed with prejudice, each party to bear its own costs.

      The clerk of the court is authorized and directed to enter in the record of the above-entitled action this dismissal with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION OF DISMISSAL - 1

K:\0903845\00001\21446_TJA\21446P25VC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   DATED this 23rd day of December, 2010.

2   K&L GATES LLP                                JENNY A. DURKAN
                                                 United States Attorney
3

4   By   s/ Theodore J. Angelis
        Theodore J. Angelis, WSBA # 30300        By   J. Michael Diaz
5       Douglas B. Greenswag, WSBA # 37506       J. MICHAEL DIAZ, WSBA No. 38100
    925 Fourth Avenue, Suite 2900                Phil Lynch, WSBA No. 91005
6   Seattle, WA 98104                            Assistant United States Attorneys
    Phone: (206) 623-7580                        U.S. Attorney's Office
7   Fax: (206) 623-7022                          Western District of Washington 700 Stewart
    E-mail: theo.angelis@klgates.com             Street, Suite 5220
8   E-mail: douglas.greenswag@klgates.com        Seattle, WA 98101
                                                 Telephone: (206) 553-7970
9                                                Fax: (206) 553-4067
                                                 Email: Michael.Diaz@usdoj.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL - 2

K:\0903845\00001\21446_TJA\21446P25VC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF ECF FILING AND SERVICE**

I certify that on December 23, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Matt Adams<br>Angelica Chazaro<br>Northwest Immigrant Rights Project<br>615 2nd Ave., Suite 400<br>Seattle, WA  98104<br>Attorney for Plaintiff | J. Michael Diaz<br>U.S. Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA  98101<br>Attorney for Defendants<br><br>Philip H. Lynch<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Ste. 700<br>Tacoma, WA 98402<br>Attorney for Defendants |

                                                s/ Theodore J. Angelis
                                  Theodore J. Angelis
                                  K&L Gates LLP
                                  925 Fourth Avenue, Suite 2900
                                  Seattle, WA  98104
                                  Phone:  (206) 623-7580
                                  Fax:  (206) 623-7022
                                  E-mail:  theo.angelis@klgates.com

STIPULATION OF DISMISSAL - 3

K:\0903845\00001\21446_TJA\21446P25VC

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022