UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RENNISON V. CASTILLO, | |
| Plaintiff, | CASE NO. C08-5683BHS |
| v. | |
| OFFICER LINDA M. SWARSKI, et al., | ORDER OF DISMISSAL |
| Defendants. | |

This matter comes before the Court on the parties' stipulation of dismissal (Dkt. 44) as to all claims and all parties.  The Court has considered the motion and the remainder of the file and hereby **ORDERS** that this action is **DISMISSED with prejudice**, each party to bear its own costs.

DATED this 28th day of December, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1